UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH M. McGHEE-BEY,

                       Plaintiff,

       -against-

UNITED STATES OF AMERICA, *et al.*,

                       Defendants.

21-CV-7128 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 23, 2021, the Court directed Plaintiff, within thirty days, to: (1) either pay the $402 in fees to bring this action, or submit an application to proceed *in forma pauperis* (IFP) and prisoner authorization if incarcerated; and (2) sign and resubmit a copy of the complaint's signature page. Plaintiff did not comply with the August 23, 2021 order or otherwise communicate with the Court. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    October 29, 2021
           New York, New York

                                                     /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                              Chief United States District Judge